**Eugene JOLLIFF, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 47187.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 17, 1984.

Motion For Rehearing and/or Transfer to
Supreme Court Denied
Feb. 17, 1984.

Application to Transfer Denied
March 20, 1984.

Debra Buie Arnold, Asst. Public Defender, St. Louis, for appellant.

Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

CLEMENS, Senior Judge.

Appeal from summary denial of movant-defendant's Rule 27.26 motion. He challenges the 20-year persistent-offender sentence imposed on his plea of not guilty to second-degree robbery. See 638 S.W.2d 802 (Mo.App.1982).

Defendant's only ground here is that his sentence exceeded the ten years received by his accomplice on a guilty plea. That is irrelevant.

We presume the validity of legislatively prescribed punishment. *State v. Higgins*, 592 S.W.2d 151[2, 3] (Mo. banc 1979) and *Parton v. State*, 545 S.W.2d 338[14–16] (Mo.App.1976).

Affirmed.

KAROHL, P.J., and REINHARD and CRANDALL, JJ., concur.